## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Brian Beard<br><br>Plaintiff<br><br>v<br><br>Christopher Tunnell, et al.,<br><br>Defendants | ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION & A TEMPORARY RESTRAINING ORDER<br><br>Civil Action No._____ |

Upon the complaint, the supporting affidavits of plaintiff, and the memorandum of law submitted herewith, it is:

**ORDERED** that defendants Christopher Tunnell, the Ashland County, Prosecutor, and James Justice, County, the Ashland County Commissioner, and Any and all other known or unknown Persons, found in possession or occupants of Plaintiff Brian Beard propriety show cause in room\_\_\_\_\_ of the United States Courthouse, 2 S. Main St-Akron, OH 44308-5407 on the\_\_\_\_ day of_____, 2023, at\_\_\_O'clock, why a preliminary injunction should not issue pursuant to Rule, 65(a) of the Federal Rules of Civil procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from possession or occupying the property of the building identified as 89-42 Rental Building Inc, Parcel #D-12-031-0-0010-00, located in volume #824 Page 692, found in Ohio, Ashland County records office.

**IT IS FURTHER ORDERED** that effective immediately, and pending the hearing and determination of this order to show cause, the defendants Christopher Tunnell, the Ashland County, Prosecutor, and James Justice, County, the Ashland County Commissioner, and Any and

all other known or unknown acting Persons and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from possessing, occupying or trespassing upon the property, of the building identified as 89-42 Rental Building Inc, Parcel #D-12-031-0-0010-00, located in volume #824 Page 692, found in Ohio, Ashland County records office.

**IT IS FURTHER ORDERED** that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by the___day, of_____2023

_____

Dated: _____

United States District Judge