**Brian Beard,**
1166 ~~115~~ Lafayett Rd #D1
Medina, Ohio 44256
Pro se, Plaintiff

Date: November, 2023

**Office of the Clerk**
United States District Court
Northern District of Ohio
Sandy Opacich, Deputy Clerk
801 W Superior Ave, Rm 2 161
Cleveland, OH 44113-1839
United States District Court

Re: **42 U.S.C. § 1983, Complaint**,

Dear Clerk Opacich:

Please find enclosed, the Complaint, motion to proceed in forma pauperis, the Order to show cause for a preliminary injunction & a temporary restraining order, and the Federal Marshal service forms to be filed in the court.

Please return my copies to me at the above captioned address. If you have any questions, please contact me at: 1166 Lafayette Rd Lot #D-1 Medina Ohio 44256

Thank you for your time,

Sincerely,

Brian Beard

Cc: 81 file,