UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS AND ORDER

| | |
|---|---|
| BRIAN BEARD, | CASE NO. 1:23-cv-2389-PAB |
| Plaintiff, | DISTRICT JUDGE PAMELA A. BARKER |
| vs. | |
| CHISTOPHER TUNNELL, *et al.*, | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| Defendants. | |

PROCEEDINGS:

On July 12, 2024 at 2:00 p.m., I attempted to conduct an in-person Show Cause hearing as previously ordered. Doc. 20. Present was attorney Edmond Jaber on behalf of the defendants. Pro se plaintiff Brian Beard failed to appear. Counsel for defendants represented that they have still not been able to contact Plaintiff. Due to Plaintiffs' failure to appear and show cause, the Court will recommend that this matter be dismissed for failure to prosecute.

A Report and Recommendation will issue separately.

Total Time: 10 minutes
Dated: July 15, 2024

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge