**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **BRIAN BEARD,** | **Case No. 1:23-cv-02389-PAB** |
| **Plaintiff,** | |
| | **JUDGE PAMELA A. BARKER** |
| **-vs-** | |
| | **Magistrate Judge James E. Grimes Jr.** |
| **CHRISTOPHER TUNNELL**, *et al.*, | |
| **Defendants.** | **JUDGMENT ENTRY** |

This Court, having issued its Memorandum of Opinion and Order accepting the Report and Recommendation of Magistrate Judge James E. Grimes Jr. (Doc. No. 24), hereby dismisses with prejudice Plaintiff's Complaint.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.

**IT IS SO ORDERED.**

                                          *s/Pamela A. Barker*
                                          PAMELA A. BARKER

Date:  August 9, 2024                          U. S. DISTRICT JUDGE